IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **KLEIN TOOLS, INC.**, | ) |
| | ) |
| Plaintiff, | ) Case No: 1:25-cv-08862 |
| | ) |
| | ) Hon. Sara L. Ellis |
| v. | ) |
| | ) |
| **ITS2LIT LLC, et al.**, | ) |
| | ) |
| Defendants. | ) |

**DECLARATION OF NATALIA STEELE, ESQ.
IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

I, Natalia Steele, Esq. make the following declaration in support of the Motion for Default Judgment filed by plaintiff Klein Tools, Inc. ("Klein") against defendants ITS2LIT LLC and Christopher Vincent (collectively, "Defendants") in the above-captioned matter.

1. I am over the age of 18 and competent to make this declaration. All the statements made in this declaration are based on my personal knowledge and I could competently testify regarding the same if required to do so.

2. I am an attorney licensed in the State of Ohio. I am a partner with Vorys, Sater, Seymour and Pease LLP and I am one of Klein's national brand protection lawyers. Nothing herein should be construed as a waiver of the attorney-client privilege, the work product privilege, or any other privilege.

3. On behalf of Klein, I contacted Amazon.com, Inc's ("Amazon") Security and Loss Prevention team regarding a seller selling suspected stolen Klein products ("Infringing Products") through a storefront on www.amazon.com currently called "ITS2LIT LLC" with Merchant ID:

1

A2PKVTTQUJ9N83 (the "Storefront"). I asked the Security and Loss Prevention team to investigate the seller and place a hold on the funds in the seller's account if Amazon determined that seller in fact was offering stolen Klein products.

4. Each time that a product is sold on www.amazon.com, the gross revenue that a seller receives from the transaction is deposited into the seller's account with Amazon ("Amazon Account"), where it remains for certain period of time before the seller is able to withdraw the funds.

5. The Security and Loss Prevention team escalated my inquiry to Amazon's Inventory Trust team specializing in organized retail crime. I specifically communicated with a risk manager named Michael Aldridge ("Mr. Aldridge"). A true and accurate copy of my communications with the Amazon Inventory Trust Team are attached as Exhibit A.

6. Mr. Aldridge and the Inventory Trust team investigated the Storefront, determined that stolen Klein items were in fact being offered through the Storefront, and took action to stop the further sale of Infringing Products through the Storefront, including by removing the Storefront from the Amazon platform and placing a reserve on the funds related to the sale of any Infringing Products through the Storefront. *See* Ex. A.

7. Mr. Aldridge confirmed that the reserve in the seller's Amazon Account at the time Amazon placed a hold on the account totaled $44,239.53. *See* Ex. A. That amount represents the remainder of the gross revenue the Storefront made from sales of Infringing Products between approximately May 2024 and May 2025. The reserve froze $44,239.53 in the Amazon Account and prevented the transfer or withdrawal of the funds by the seller. *Id.*

8. The $44,239.53 reserve remains in seller's Amazon Account.

9. Based on my communications with Amazon, the $44,239.53 on hold in the Amazon Account is a true and accurate calculation of the remainder of the total revenue the operators of the Storefront generated from sale of stolen Klein products through the Amazon Storefront between May 2024 and May 2025 that the Storefront's operators had not had a chance to withdraw before Amazon's hold took effect.

10. Defendants' Amazon Storefront is the vehicle for Defendants' sales of Infringing Products and their infringement of Klein's trademarks. Thus, the funds in Defendants' Amazon Storefronts are the direct proceeds of Defendants' infringement of Klein's trademarks.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 13th day of October, 2025 in Cleveland, Ohio.

*NSteele*

Natalia Steele