# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
## Eastern Division

Klein Tools, Inc.
                                    Plaintiff,

v.                                                              Case No.: 1:25−cv−08862
                                                                Honorable Sara L. Ellis

ITS2LIT LLC, et al.
                                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 21, 2025:

MINUTE entry before the Honorable Sara L. Ellis: The Court grants Plaintiff's motions to seal [16] and for default judgment [19]. The Court seals Exhibit A to Declaration of Natalia Steele, Esq. in Support of Plaintiff's motion for default judgment. The Court enters default judgment in favor of Plaintiff and against Defendants ITS2LIT LLC and Christopher Vincent. Plaintiff should submit its proposed default judgment to the Court's proposed order email. Case terminated. Emailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.